IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | |
|---|---|
| LOUIS DAVIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 624-024 |
| | ) |
| MR. WEST, Warden, and BRINDEN MURRY, Correctional Officer, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendant West from the case. The case shall proceed against Defendant Murry as described in the Magistrate Judge's July 9, 2024 Order. (Doc. no. 9.)

SO ORDERED this 6th day of August, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA